# United States District Court
# For The Western District of North Carolina
# Statesville Division

SHANNON S. BOND,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                         5:11CV67

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 23, 2012 Order.

                                         Signed: February 23, 2012

                                         Frank G. Johns, Clerk
                                         United States District Court